UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY SMITH | ) |
| Plaintiff | ) Case Number: 09-2112 |
| vs. | ) |
| | ) CIVIL ACTION |
| ENCORE RECEIVABLE MANAGEMENT, INC. | ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL**

AND NOW, this 4th day of December, 2009, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

BY: /s/ *Christian C. Hugel*
Christian C. Hugel, Esquire
Attorney for Defendant